IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| PATRICIA A. KEARLEY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil No. 3:12-0077 |
| | ) | Judge Trauger |
| GOODWILL INDUSTRIES OF MIDDLE | ) | |
| TENNESSEE, INC., | ) | |
| | ) | |
| Defendant. | ) | |

### **O R D E R**

It is hereby **ORDERED** that the initial case management conference scheduled for July 30, 2012 is **CONTINUED** and **RESET** for Monday, August 6, 2012, at 2:30 p.m.

It is so **ORDERED**.

ENTER this 27th day of July 2012.

_____
ALETA A. TRAUGER
U.S. District Judge