# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE

| | | |
|---|---|---|
| PATRICIA A. KEARLEY, | ) | |
| | ) | |
| Plaintiff, | ) | No. 3:12-00077 |
| | ) | Jury Demand |
| v. | ) | Judge Trauger |
| | ) | Magistrate Judge Bryant |
| GOODWILL INDUSTRIES | ) | |
| OF MIDDLE TENNESSEE, INC. | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |

## STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE

It is hereby stipulated and agreed, by and between the parties and their respective counsel, that the above captioned case is hereby voluntarily dismissed, with prejudice pursuant to Federal Rule Civil Procedure Rule 41(a)(1)(ii).

Stipulated by the parties on this 1st day of March 2013.

Respectfully submitted,

s/ Jeremy W. Parham w/ permission
Jeremy W. Parham, BPR #022222
Jeremy W. Parham, Attorney at Law
114 N. Spring Street
Manchester, TN 37355

Roland Mumford, BPR #026495
Law Office of Roland Mumford
& Associates
639 East Main Street, Suite B-106
Hendersonville, TN 37075

*Attorneys for Plaintiff*

s/ M. Kim Vance
M. Kim Vance, BPR #013444
Megan M. Sutton, BPR #029419
BAKER, DONELSON, BEARMAN,
CALDWELL & BERKOWITZ, P.C.
Commerce Center, Suite 800
211 Commerce Street
Nashville, Tennessee 37201
Telephone: (615) 726-5600
Facsimile: (615) 726-0464

*Attorneys for Defendant Goodwill Industries of Middle Tennessee, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on the 1st day of March 2013, a copy of the Stipulation of Voluntary Dismissal was filed electronically. Notice of this filing will be served by operation of the Court's electronic filing system to counsel for parties below. Counsel for parties may access these filings through the Court's electronic filing system:

Jeremy W. Parham
114 N. Spring Street
Manchester, TN 37355
jparham@parhamlawoffice.com

Roland Mumford
639 East Main Street, Suite B-106
Hendersonville, TN 37075
rmumford@comcast.net

s/ M. Kim Vance
M. Kim Vance
