UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE

| | |
|---|---|
| PATRICIA A. KEARLEY | ) |
| | ) |
| v. | ) NO. 3:12cv0077 |
| | ) JUDGE TRAUGER |
| GOODWILL INDUSTRIES | ) |
| OF MIDDLE TENNESSEE, INC. | ) |
| | ) |

ENTRY OF JUDGMENT

      Judgment is hereby entered for purposes of Rule 58(a) and/or Rule 79(a) of the Federal Rules of Civil Procedure on 3/6/2013.

      KEITH THROCKMORTON, CLERK
      s/Tina M. Webster, Deputy Clerk